O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 17-729-CAS |
| Plaintiff, | ) | |
| v. | ) | |
| JOHN CHRISTOPHER MAGDIRILA, | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| Defendant. | ) | |

On January 18, 2022, this matter came before the Court on Petition on Probation and Supervised Release originally filed on December 21, 2021. Government counsel, Alexander Schwab, the defendant and his appointed Federal Public Defender, Fermin Vargas, were present. The U.S. Probation Officer, Wendy Thompson, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on December 21, 2021. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on December 3, 2018.

IT IS ORDERED AND ADJUDGED, The Court ORDERS the defendant to continue on supervised release under the terms and conditions that were originally imposed, with the added conditions as follow:

- The offender shall participate for a period of up to 180 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer. Upon release from home detention, defendant shall be placed on supervised release through the remainder of their supervised release term through September 2023;

- The offender shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. The offender shall provide payment and proof of payment as directed by the Probation Officer. If the defendant is unable to pay, no payment shall be required; and

- During the course of supervision, the Probation Officer, with the agreement of the offender and defense counsel, may place the offender in a residential drug treatment program approved by the United States Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the offender has reverted to the use of drugs, and the offender shall reside in the treatment program until discharged by the Program Director and Probation Officer.

Defendant is informed of his right to appeal.

FILE/DATED:   January 18, 2022

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: ___/S/_____
D. Rojas, Deputy Clerk