O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>JOHN CHRISTOPHER MAGDIRILA,<br><br>    Defendant. | CASE NO. CR17-729-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

    On February 27, 2023, this matter came before the Court on an Amended Petition on Probation and Supervised Release filed February 16, 2023. Government counsel, Roger Hsieh, the defendant and his appointed Deputy Federal Public Defender attorney, Fermin Vargas, were present. The U.S. Probation Officer, Gregory Metoyer, was also present.

    The defendant admitted to allegations 1, 2, 3, 4, and 7, in violation of his supervised release, as stated in the Amended Petition filed on February 16, 2023. The defendant denies allegations 5 and 6, as stated in the amended petition filed February 16, 2023. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on December 3, 2018 and January 18, 2022.

    IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. Defendant is hereby committed to the custody of the Bureau of Prisons for a term of ten (10) months, with no supervision to follow.

THE COURT FINDS the admissions voluntary and knowledgeable and accepts them.

THE COURT FURTHER FINDS that the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Order of December 3, 2018 and January 18, 2022.

IT IS HEREBY ORDERED that defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of ten (10) months, with no supervision to follow.

Defendant is informed of his right to appeal.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   February 27, 2023

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: /Catherine M. Jeang
Catherine M. Jeang, Deputy Clerk